IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerry Kay Lowe,                            ) | C/A No. 0:20-1772-SAL |
|                    Plaintiff,   ) | |
| v.                                                  ) | |
| Warden Phelps; Assistant Warden Wilson; ) Assistant Warden Hatchinson; Captain Follis; ) Unit Manager Johnson; Food Service ) Administrator Thompson; Health Service ) Administrator Walton-Battle; Case Manager ) Coordinator Haulk; Counselor Thorpe; ) Special Investigation Services; Mental Health ) Services; Captain Nevel, ) | **ORDER** |
|                    Defendants. ) | |

Plaintiff, Jerry Kay Lowe, a self-represented federal prisoner filed this civil rights action. By order issued May 29, 2020, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 12.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff did not respond to the Order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).[1]

**IT IS SO ORDERED**.

s/*Sherri A. Lydon*

September 24, 2020
Florence, South Carolina

Sherri A. Lydon
United States District Judge

---

[1] Consequently, Plaintiff's motions seeking various forms of injunctive relief are denied as moot. (ECF Nos. 4, 5, 6, & 11.)

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.